UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>  ALICIA D COPELAND<br><br>           Debtor | CASE NO: 06-33041<br>        (Chapter 13)<br><br>JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4066136**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 5/ 23 | NORTH MAIN IMAGING<br>7271 N MAIN ST<br>DAYTON, OH  45415 | 25.13 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 3/8/2011

Certificate of Service          06-33041

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| ALICIA D COPELAND | SCOTT A KRAMER | (1019.1n) |
| 4249 HONEYBROOK AVENUE | 2275 MIAMISBURG-CENTERVILLE RD | CHARLES W SLICER III |
| DAYTON, OH  45415 | SUITE 400 | 111 WEST FIRST STREET |
|  | DAYTON, OH  45459 | SUITE 205 |
|  |  | DAYTON, OH  45402 |

| (29.1n) | (32.1n) | (23.1) |
| ECMC | FIRST TENNESSEE BANK | NORTH MAIN IMAGING |
| 7325 BEAUFONT SPRINGS | BANKRUPTCY DEPT | 7271 N MAIN ST |
| SUITE 200 | 6522 CHAPMAN HWY | DAYTON, OH  45415 |
| RICHMOND, VA  23225 | KNOXVILLE, TN  37920 |  |

Jeffrey M. Kellner BY       ___/s/ Jeffrey M. Kellner_____       sv